David Wyche, Plaintiff-Appellant, 
against
VFC Industries, Ltd., Defendant-Respondent.




Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Ta-Tanisha D. James, J.), entered August 2, 2018, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Ta-Tanisha D. James, J.), entered on or about August 2, 2018, affirmed, without costs.
Civil Court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff's claim for damages sustained to his vehicle while parked in defendant's garage (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the court's conclusion that plaintiff failed to meet his burden of establishing that defendant caused the alleged scratches to the vehicle or the amount of damages resulting therefrom. In the latter regard, plaintiff only submitted one itemized estimate of the cost of repair (see CCA 1804; Roberts v Westbury Jeep, 59 Misc 3d 144[A], 2018 NY Slip Op 50728[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2018]), and this estimate was, in any event, too remote in time from the alleged incident to be of any probative value.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: November 15, 2019